190 P.3d 192

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**July 23, 2008**

| | | |
|---|---|---|
| 28167 | State v. Frustagli | Vacated and Remanded |
| 27726 | State v. Santiago | Affirmed and Reversed |

**July 25, 2008**

| | | |
|---|---|---|
| 27386 | Schnars v. Lee | Affirmed |
| 28340 | State v. Murphy | Affirmed |

**July 28, 2008**

| | | |
|---|---|---|
| 28801 | "B" Children, In re | Affirmed |

**July 29, 2008**

| | | |
|---|---|---|
| 28475 | Caspino v. State | Affirmed |
| 28237 | Chong v. Chong | Affirmed |
| 28768 | State v. McMillen | Affirmed |

**July 30, 2008**

| | | |
|---|---|---|
| 28308 | Soon Ja Choi v. State | Affirmed |
| 28454 | State v. Anh Cong Bui | Affirmed |
| 27564 | State v. Kaneao | Affirmed |
| 28144 | State v. Mi Kyung Dobbs | Affirmed |
| 27827 | State v. Sakurada | Reversed |

**July 31, 2008**

| | | |
|---|---|---|
| 28298 | Hughes v. State | Affirmed |
| 27604, 27605 | Siminski v. Kihei Youth Center | Affirmed |
| 27823 | State v. Laride | Affirmed |

**August 5, 2008**

| | | |
|---|---|---|
| 28766 | State v. Matsuda | Affirmed |